MICHAEL J. MURRAY, Respondent, v. NESTORE PELINO, Appellant. MICHAEL J. MURRAY, Respondent, v. NESTORE PELINO, Defendant and Third-Party Plaintiff-Appellant. JAMES D. MURRAY, Third-Party Defendant-Respondent.— Motion for reargument denied, with $10 costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See 280 App. Div. 1017.]

MICHAEL KATSORIS, Respondent, v. DURHAM HOUSE, INC., Appellant, et al., Defendants.— Motion for reargument or in the alternative for leave to appeal to the Court of Appeals on certified questions denied, with $10 costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See 280 App. Div. 718.]

NATHAN SLUD et al., Respondents, v. GUILD PROPERTIES, INC., Appellant, et al., Defendants.— Motion for reargument denied. In deciding that the alleged defects in their totality presented a question of fact under the pleadings we did not preclude the court on the trial from giving free consideration to the claim that the Statute of Limitations has run. Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See 280 App. Div. 1018.]

EDNA VON R. BLAIR, Appellant, v. C. CHESTER DU MOND, as Commissioner of Agriculture and Markets, et al., Respondents.— Motion to resettle order. Motion granted, without costs, and order resettled accordingly. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See 280 App. Div. 1021; post, p. 929.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANDREW MATOCHIK, Appellant, against EDGAR J. BAKER, as Sheriff of Warren County, Respondent.— Motion for leave to appeal to the Court of Appeals denied. If the relator applies to the Court of Appeals for permission to appeal to that court within ten days of the service of the order to be entered hereon, the stay and the bail granted by the Special Term are continued until the determination of such application. Foster, P. J., Bergan, Coon and Halpern, JJ., concur; Imrie, J., taking no part. [See 280 App. Div. 1025.]

In the Matter of the Estate of DORIS B. SPRING, Deceased. MANLEY BLAKESLEE et al., Appellants; ARTHUR SPRING, Respondent.— Motion for reargument or in the alternative for modification of the decision of this court handed down November 17, 1952 (280 App. Div. 642). Motion denied, with $10 costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

In the Matter of the Claim of FAY QUALLENBERG, Respondent, against UNION HEALTH CENTER et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See 280 App. Div. 1029.]